In the Matter of AGBH BEL AIR RENTAL, LLC, Respondent, v HILARY BEST, Appellant.

Submitted May 27, 2014; decided July 1, 2014

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion from the orders of the Appellate Term (*see* CPLR 5602 [a]). Motion for poor person relief dismissed as academic.

DEBRA BETZ, Administratrix of the Estate of CARMELO CARBONE, Also Known as MEL CARBONE, Deceased, Appellant, v ARNOLD W. BLATT et al., Respondents.

Submitted May 27, 2014; decided July 1, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.